AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

SEE ATTACHED

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

PENALTY:

SEE ATTACHED

E-filing

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES PARK POLICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   **SHOW DOCKET NO.**
☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant   **MAGISTRATE CASE NO.**
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on
THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   DEREK R. OWENS, AUSA

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

─── DEFENDANT - U.S. ───

NICOLE L. MAYS

MAY 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

# CR 07 0295

─── DEFENDANT ───

**MAG**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

**DATE OF ARREST**   ▸

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**   ▸   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

**Penalty Sheet Attachment**
**United States v. Nicole L. Mays**

## OFFENSES CHARGED

Defendant is charged with violating 21 U.S.C. § 844(a), Possession of a Controlled Substance (Heroin), a Class A Misdemeanor.

Defendant is charged with violating 21 U.S.C. § 844(a), Possession of a Controlled Substance (Marijuana), a Class A Misdemeanor.

## PENALTY

The maximum penalties for 21 U.S.C. § 844(a) are:

Maximum Prison Term: One Year
Maximum Fine: $100,000
Maximum Supervised Release: One Year
Mandatory Special Assessment: $25

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

2

3  **FILED**

4  MAY 1 5 2007

5  RICHARD W/WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

6  E-filing

7

8

9

10

11

12  UNITED STATES OF AMERICA,

13      Plaintiff,

14  v.

15  NICOLE L. MAYS,

16      Defendant.

17

18

CR No. 07    0295

MAG

VIOLATIONS:  Title 21, United States
Code § 844(a) – Possession of a Controlled
Substance (Heroin) (Class A Misdemeanor);
Title 21, United States Code § 844(a) –
Possession of a Controlled Substance
(Marijuana) (Class A Misdemeanor)

SAN FRANCISCO VENUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

19

20  INFORMATION

21  The United States Attorney charges:

22  COUNT ONE: 21 U.S.C. § 844(a) – Possession of a Controlled Substance (Heroin)

23      On or about March 18, 2007, while in an area of the Golden Gate National Recreation Area

24  in the Northern District of California, the defendant,

25                              NICOLE L. MAYS,

26  knowingly and intentionally possessed a controlled substance, to wit: heroin, not obtained

27  directly, or pursuant to a valid prescription or order, from a practitioner, while acting in the

28  course of his professional practice, or except as otherwise duly authorized, in violation of Title

INFORMATION                         Page 1 of 2

1 | 21, United States Code § 844(a), a Class A Misdemeanor.

2 | COUNT TWO: 21 U.S.C. § 844(a) – Possession of a Controlled Substance (Marijuana)

3 |     On or about March 18, 2007, while in an area of the Golden Gate National Recreation Area

4 | in the Northern District of California, the defendant,

5 | NICOLE L. MAYS,

6 | knowingly and intentionally possessed a controlled substance, to wit: marijuana, not obtained

7 | directly, or pursuant to a valid prescription or order, from a practitioner, while acting in the

8 | course of his professional practice, or except as otherwise duly authorized, in violation of Title

9 | 21, United States Code § 844(a), a Class A Misdemeanor.

12 | DATED: _May 4, 2007_

SCOTT N. SCHOOLS
United States Attorney

IOANA PETROU
Chief, Major Crimes Section

17 | (Approved as to form: _____)

DEREK R. OWENS
Special Assistant United States Attorney