1 BARRY J. PORTMAN
Federal Public Defender
2 ELIZABETH M. FALK
Assistant Federal Public Defender
3 450 Golden Gate Avenue
San Francisco, CA 94102
4 Telephone: (415) 436-7700

5 Counsel for Defendant MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-295 MAG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| vs. | ) CONTINUING STATUS |
| | ) CONFERENCE |
| NICOLE MAYS, | ) |
| | ) Date: June 26, 2007 |
| Defendant. | ) Time: 10:30 a.m. |
| | ) Court: The Honorable Elizabeth |
| | ) D. Laporte |
| | ) |

STIPULATION

The parties agree to continue the status conference in the above-captioned matter from June 26, 2007 until July 10, 2007 at 10:30 a.m. The purpose of the continuance is due to the fact that defense counsel will be out of the office on June 26, 2007.

Pursuant to 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv), the parties jointly request that this Court exclude the period of time between June 26, 2007 up to and including July 10, 2007 under the Speedy Trial Act. Specifically, the parties request this Court to find that the ends of justice served by granting the continuance and guaranteeing the defendant continuity of counsel

\\
\\

outweigh the best interest of the defendant and the public in a speedy trial in this matter. It is so stipulated.

DATED:     6/22/2007                              _____/S/_____
                                                  ELIZABETH M. FALK
                                                  Assistant Federal Public Defender


DATED:     6/22/2007                              _____/S/_____
                                                  DEREK OWENS
                                                  Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:                                            _____
                                                  THE HONORABLE ELIZABETH D. LAPORTE
                                                  UNITED STATES MAGISTRATE JUDGE

STIP & ORDER CONTINUING
STATUS CONFERENCE
*United States v. Nicole Mays*
CR 07-295 MAG                                     - 2 -