1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-295 MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING STATUS |
| | ) | CONFERENCE |
| NICOLE MAYS, | ) | |
| | ) | Date:  June 26, 2007 |
| Defendant. | ) | Time:  10:30 a.m. |
| | ) | Court: The Honorable Elizabeth |
| | ) | D. Laporte |
| | ) | |

STIPULATION

The parties agree to continue the status conference in the above-captioned matter from June 26, 2007 until July 10, 2007 at 10:30 a.m. The purpose of the continuance is due to the fact that defense counsel will be out of the office on June 26, 2007.

Pursuant to 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv), the parties jointly request that this Court exclude the period of time between June 26, 2007 up to and including July 10, 2007 under the Speedy Trial Act. Specifically, the parties request this Court to find that the ends of justice served by granting the continuance and guaranteeing the defendant continuity of counsel

\\
\\

1  outweigh the best interest of the defendant and the public in a speedy trial in this matter.

2  It is so stipulated.

3

4  DATED:    6/22/2007                    _____/S/_____
                                          ELIZABETH M. FALK
5                                         Assistant Federal Public Defender

6
   DATED:    6/22/2007                    _____/S/_____
7                                         DEREK OWENS
                                          Assistant United States Attorney
8

9  **IT IS SO ORDERED.**

10

11 DATED:  June 25, 2007

12                                        _____
                                          THE HONORABLE ELIZABETH D. LAPORTE
                                          UNITED STATES MAGISTRATE JUDGE

   *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
   *[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte]*

26 STIP & ORDER CONTINUING
   STATUS CONFERENCE
   *United States v. Nicole Mays*
   CR 07-295 MAG                          - 2 -