1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant MAYS

6
               IN THE UNITED STATES DISTRICT COURT
7
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,              )
                                          )   No. CR 07-295 MAG
10                       Plaintiff,       )
                                          )   STIPULATION AND ORDER
11 vs.                                    )   CONTINUING STATUS
                                          )   CONFERENCE
12 NICOLE MAYS,                           )
                                          )   Date:    June 26, 2007
13 Defendant.                             )   Time:    10:30 a.m.
                                          )   Court:   The Honorable Elizabeth
14                                        )            D. Laporte
                                          )
15 _____

16

17                          STIPULATION

18        The parties agree to continue the status conference in the above-captioned matter from June 26,

19 2007 until July 10, 2007 at 10:30 a.m.  The purpose of the continuance is due to the fact that defense

20 counsel will be out of the office on June 26, 2007.

21        Pursuant to 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv), the parties jointly

22 request that this Court exclude the period of time between June 26, 2007 up to and including July 10,

23 2007 under the Speedy Trial Act.  Specifically, the parties request this Court to find that the ends of

24 justice served by granting the continuance and guaranteeing the defendant continuity of counsel

25 \\

26 \\

1  outweigh the best interest of the defendant and the public in a speedy trial in this matter.

2  It is so stipulated.

3

4  DATED:      6/22/2007                    _____/S/_____
                                           ELIZABETH M. FALK
5                                          Assistant Federal Public Defender

6
   DATED:      6/22/2007                    _____/S/_____
7                                          DEREK OWENS
                                           Assistant United States Attorney
8

9  **IT IS SO ORDERED.**

10

11  DATED:  June 25, 2007

12  THE HO                                          D LAPORTE
    UNITED                IT IS SO ORDERED          DGE
13                        Elizabeth D. Laporte
                          Judge Elizabeth D. Laporte
14

15

16

17

18

19

20

21

22

23

24

25

26
    STIP & ORDER CONTINUING
    STATUS CONFERENCE
    *United States v. Nicole Mays*
    CR 07-295 MAG                        - 2 -