SCOTT N. SCHOOLS (SC 9990)
United States Attorney

DOUG SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

DEREK R. OWENS (CSBN 230237)
Assistant United States Attorney

CRYSTAL TINDELL
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California  94102
Telephone:  (415) 436-7149
Facisimile: (415) 436-7234
derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 07-0295 MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER EXCLUDING TIME |
| | ) | |
| NICOLE L. MAYS, | ) | SAN FRANCISCO VENUE |
| | ) | |
| Defendant. | ) | |
| | ) | |

On July 10, 2007, the parties in this case appeared before the Court for a status hearing.  At that appearance, Assistant Federal Public Defender Elizabeth Falk informed the Court the Defendant was unable to appear in Court due to work-related obligations.  AFPD Falk stated that her office was continuing to investigate the case, and that she had just received a draft plea agreement from Counsel for the government.  Therefore, the parties requested that the matter be continued to July 24, 2007, at 10:30 a.m. for a change of plea.  In addition, Counsel for the government requested an exclusion of time from July 10, 2007 to July 24, 2007, in order to

1  afford AFPD Falk an opportunity to further investigate the case and consider a draft plea
2  agreement. AFPD Falk agreed that an exclusion of time is appropriate based on the defendant's
3  need for effective preparation of counsel. 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
4  SO STIPULATED:

                                    SCOTT N. SCHOOLS
                                    United States Attorney

7  DATED: 7/10/2007                 /s/ Derek R. Owens
                                    DEREK R. OWENS
8                                      Assistant United States Attorney

9  DATED: 7/10/2007                 /s/ Elizabeth M. Falk
10                                     ELIZABETH M. FALK
                                    Assistant Federal Public Defender

13      For good cause shown, the Court HEREBY ORDERS that time be excluded under the
14  Speedy Trial Act from July 10, 2007, to July 24, 2007. The Court finds, based on the
15  aforementioned reasons, that the ends of justice served by granting the requested continuance
16  outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant
17  the requested continuance would deny counsel reasonable time necessary for effective
18  preparation, taking into account the exercise of due diligence, and would result in a miscarriage
19  of justice. The Court therefore concludes that this exclusion of time should be made under 18
20  U.S.C. §§ 3161 (h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: July 24, 2007



_____
ELIZABETH D. LAPORTE
United States Magistrate Judge