SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CABN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0295 MAG |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER AND |
| v. ) | STIPULATION EXCLUDING TIME |
| ) | FROM JULY 24, 2007, TO AUGUST 14, 2007 |
| NICOLE L. MAYS, ) | |
| Defendant. ) | |

    The parties appeared before the Honorable Elizabeth D. Laporte on July 24, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c) from July 24, 2007 to August 14, 2007, in light of the need for effective preparation of counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to complete the necessary research and investigation for a

[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0295 MAG

suppression motion.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 24, 2007 to August 14, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A) & (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 24, 2007 to August 14, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 27, 2007                              _____/s/_____
                                                  ELIZABETH FALK
                                                  Counsel for Nicole L. Mays

DATED: July 25, 2007                              _____/s/_____
                                                  WENDY THOMAS
                                                  Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: July 31, 2007                              _____
                                                  THE HON. ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge



[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0295 MAG                    2