# EXHIBIT A

FORM 10-343B (3/83)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

**CRIMINAL INCIDENT RECORD**

U.S. PARK POLICE X
PARK RANGER/TECH ☐
1 JUVENILE CASE ☐

| 2 ORGANIZATION CODE | 3 SYSTEM AREA | 4 LOCATION CODE | 5 YEAR | CASE/INCIDENT NUMBER |
|---|---|---|---|---|
| 8140 | United States Park Police/SFFO | 2300 | 07 | 002867 |

| 6 LOCATION OF INCIDENT | 7 BEAT | 8 WHEN DID IT OCCUR? MO DAY YR | 9 24 HOUR TIME HRS MIN | 10 DAY OF WEEK |
|---|---|---|---|---|
| Crissy Field East Beach-Parking Area | 816 | 03 18 07 | 1356 | 1 |

**11 OFFENSE/INCIDENT CODE**: Drugs-Possession/Heroin/Wanted Person-One Arrest

**COMPLAINANT/WITNESS/VICTIM**

| 14 LAST | FIRST | MI | C V W | 15 DATE OF BIRTH | 16 PHONE BUSINESS |
|---|---|---|---|---|---|
| Hart | Thomas | | X | | 415-561-5151 |

| 17 ADDRESS STREET | CITY | STATE | ZIP | 18 PHONE RESIDENCE |
|---|---|---|---|---|
| USPP/SFFO | | | | |

**ARRESTED/SUSPECT**

| 19 LAST | FIRST | MIDDLE | A S W | 20 DATE OF BIRTH | 21 PHONE BUSINESS |
|---|---|---|---|---|---|
| Mays | Nicole | L | A | 12-09-78 | |

| 22 ADDRESS STREET | CITY | STATE | ZIP | 23 PHONE RESIDENCE |
|---|---|---|---|---|
| 14150 Church Street | Guerneville | Ca | 95446 | |

| 29 RACE | 30 SEX | 31 AGE | 32 HGT | 33 WGT | 34 EYES | 35 HAIR | 36 HAIR LENGTH | 37 HAIR STYLE | 38 FACIAL HAIR | 39 MARKS/SCARS | 40 ARMED WITH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wht | F | 28 | 5 8 | 165 | grn | brn | long | str | none | none | none |

| 41 HAT | 42 COAT/JACKET | 43 SHIRT | 44 TROUSERS/SKIRT | 45 SHOES | 46 SOCIAL SECURITY | 47 PDID |
|---|---|---|---|---|---|---|
| None | | black | blue | white | CIDB5320953 | |

**OTHER** (redacted)

| 72 VEHICLE ☐ INVOLVED IN CRIME ☒ KNOWN TO OPERATE | 73 YEAR | 74 MAKE | 75 MODEL | 76 BODY STYLE | 77 COLOR | 78 TAG NUMBER | 79 STATE | 80 IDENTIFYING FEATURES/VIN |
|---|---|---|---|---|---|---|---|---|
| | 1986 | Toyota | Tercel | 4-DR | Grey | 5WQK054 | Ca | |

| 81 ☐ IMPOUNDED ☐ STOLEN ☐ RECOVERED ☐ SEIZED | REMOVED TO Destination | REMOVED BY | 82 NCIC X TELETYPE ☐ RADIO LOOKOUT ☐ |
|---|---|---|---|

| 83 ARREST(S) DATE | 84 TIME | 85 CHARGE(S) | 86 COURT DATE | 87 VALUE STOLEN | 88 VALUE RECOVERED |
|---|---|---|---|---|---|
| 3-18-2007 | 1355 | 21 USC 844/36 CFR 2.35/Warrants | 4-30-07 | | |

| ITEM | NARRATIVE | 90 STL | 91 REC | 92 PROP | 93 VALUE |
|---|---|---|---|---|---|
| E1 | Suspected "Tar" Heroin-.02 grams approx/Valued at $40.00 | | | | |
| E2 | Suspected Marijuana-4.7grams approx/Valued at $50.00 | | | | |
| E3 | Plastic Syringes with Plungers & Needles | | | | |
| | On Sunday March 18, 2007 at approx. 1355 hours I was on patrol as car #802 when I | | | | |
| | arrested A1-Mays for the possession of Heroin and two outstanding SFPD warrants. | | | | |
| | MVN#-0889227-28-29-30 | | | | |
| | SFPD Case#07-0282090/Warrant #WXX-622689/WXX-SD14921 | | | | |

94 INVESTIGATOR NOTIFIED

95 STATUS: ☐ OPEN ☐ SUSPENDED  CLOSED BY: ☐ ARREST ☐ EXCEPTION ☐ UNFOUNDED

96 DISPOSITION

| 97 REPORTING OFFICER | BADGE/ID | DATE | 98 ASSISTING OFFICER | BADGE/ID | 99 SUPERVISOR | BADGE/ID | DATE |
|---|---|---|---|---|---|---|---|
| Thomas Hart, Sgt | 1036 | 3-18-07 | | | | | |

0001

| FORM 10-344B (3/83) | UNITED STATES DEPARTMENT OF THE INTERIOR<br>NATIONAL PARK SERVICE<br>SUPPLEMENTAL CRIMINAL INCIDENT RECORD | | | 1 JUVENILE CASE |
|---|---|---|---|---|
| 2 SYSTEM AREA<br>United States Park Police/SFFO | | 8 WHEN DID IT OCCUR? MO. 03 DAY 18 YR. 07 | 4 YEAR 07 | CASE/INCIDENT NUMBER 00286 7 |
| 5 NATURE OF INCIDENT<br>Drugs-Heroin/Wanted Person-One Arrest | | 6 RECLASSIFICATION OF INCIDENT | | |

**ITEM** | **7 RESULTS OF INVESTIGATION**

[redacted]

. On Sunday March 18, 2007 at approx. 1350 hours I was on patrol in a marked USPP patrol vehicle as car #802 in the area of Crissy Field East Beach when I observed a 1986 Toyota sedan (Ca-5WQK054) parked west of the Crissy Field restrooms with no front tag displayed, as required by CVC-5200(a). As I approached this vehicle for further investigation all three adult occupants made eye contact with me. The adult female seated in the front passenger's seat, later identified as Jenny Benzon, quickly turned at her waist and bent over to her left in a deliberate attempt to conceal something from a uniformed police officer. As I neared the front passenger door I observed in plain view a small clear plastic "bottle cap" filled with water and a red "Bic" style lighter on the vehicle's front dashboard. At this same time the adult female seated in the drivers seat, Nicole Mays, leaned over and asked me if it was illegal to park on the grass, I replied no, and advised her that her car didn't have a front license plate. Due to the actions of the front seat passenger and the presence of the "bottle cap water" and the lighter, which is consistent with the use of controlled substances I asked S1-Benzon to step out of the vehicle. As S1-Benzon exited the vehicle I observed two metal spoons on the front seat. One spoon had had a thick dark substance affix to the bottom of the spoon. On the seat next to both spoons was a small dark substance wrapped up in a clear plastic bindle. The dark substance on the spoon along with the substance wrapped-up in plastic was immediately recognized by me as the controlled dangerous substance "Tar" Heroin.

When I asked all three subjects who owned the Heroin, A1-Mays replied, "It's mine". A1-Mays, S1-Benzon and S2-McNatt were run through the NCIC/CLETS computer systems for any wants or warrants. S1-Benzonn and S2-McNatt returned clear. A1-Mays returned with two active arrest warrants issued out of SFPD. A1-Mays was wanted on a $5,000 FTA warrant and a FTA No-Bail arrest warrant for PC-459/487 issued by SF Superior Court. A1-Mays was placed into custody for the heroin possession and the two active arrest warrants. A search of A1-Mays purse revealed a clear plastic baggie filled with suspected processed marijuana (E2). A search of the vehicle for additional contraband revealed a clear plastic bag filled with twenty full functioning plastic syringes (E3) on the front passenger floorboard. A1-Mays was transported to Dist-8 for further processing. S1-Benzon and S2-McNatt were released on the scene without incident.

While at D-8 A1-Mays was stripped searched in the processing area for additional contraband with negative results. Ranger Jennifer Spaulding #1617conducted this search. A1-Mays was charged with CVC 5200 (a) No Front License Plate, 21 USC 844 (a) Poss. of Heroin, 36 CFR 2.35 (b) (2) Poss. Of Marijuana and B&P4140-Poss. of Hypodermic Needles. A1-Mays was issued an April 30, 2007 court date in reference to the above listed charges. Mays acknowledged this date by signing each court date on each MVN.

A1-Mays was transported to SF County Jail #9 for the warrant processing. The suspected Heroin and Marijuana seized in this incident were removed from the scene and placed into the D8 evidence locker for pending DEA Lab analysis. One metal spoon, "bic" style lighter, plastic syringes, and a clear bottle cap (2a-d) were secured in the Dist-8 evidence locker as evidence.

*The 1986 Toyota was driven from the scene by S2-McNatt per A1-Mays request.

| 8 WARRANT(S)<br>☒ YES<br>☐ NO | 9<br>☐ LATENTS<br>☒ PHOTOS | 10 ID TECH NOTIFIED | 11 INVESTIGATOR NOTIFIED | 12<br>PAGE 2 OF 2 PAGES |
|---|---|---|---|---|
| 13 STATUS: ☒ OPEN ☐ SUSPENDED | | CLOSED BY: ☒ ARREST ☐ EXCEPTION ☐ UNFOUNDED | | |
| 14 REPORTING OFFICER BADGE/ID DATE<br>Sgt. Thomas Hart #1036  3-18-2007 | | 15 INVESTIGATOR BADGE/ID DATE | 16 SUPERVISOR BADGE/ID DATE | |

0002

# EXHIBIT B

1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-0295 |
|---|---|
| Plaintiff, | ) |
| | ) DECLARATION OF NICOLE |
| | ) MAYS IN SUPPORT OF MOTION |
| v. | ) TO SUPPRESS EVIDENCE AND |
| | ) STATEMENTS |
| | ) |
| | ) Date: September 18, 2007 |
| | ) Time: 11:00 a.m. |
| NICOLE MAYS, | ) Court: The Honorable Elizabeth D. |
| | ) Laporte |
| Defendant. | ) |

I, NICOLE MAYS, declare the following to be true under penalty of perjury:

1. On March 18, 2007, I was sitting in my automobile with two other individuals in a parked car in a grassy area near the restrooms in Crissy Field. I was the driver of the automobile that day;

2. I was seated in the driver's seat and was about to drive away from the area;

3. Before I could pull away, I was suddenly surrounded by United States Park Police vehicles on all sides. The Park Police used their vehicles to block my path;

4. One officer pulled off the road onto the grassy area, and parked his car cross-wise in front of my car, three feet away from my car, blocking me from making any forward

DEF. MOT. TO SUPPRESS
No. CR07-0295                                                                                               1

movement with my vehicle;

5. A few moments later, another deputy arrived and parked fewer than three feet behind me, cross-wise behind me, which prevented me from moving my vehicle backwards;

6. There were other vehicles parked to my left and my right that were not law enforcement vehicles;

7. These officers and their vehicles "book-ended" my car. As such, due to the officers' actions, I could not move my vehicle in any direction, and thus could not leave the area;

8. At all times on March 18, 2007, both the front and back license plates were visibly attached to my car in the proper location.

I declare that the above statements are true and correct to the best of my recollection. Signed and dated this the ____14th____ day of August, 2007.

_____
NICOLE MAYS

DEF. MOT. TO SUPPRESS
No. CR07-0295

2

# EXHIBIT C

BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0295 MAG |
| Plaintiff, ) | **DECLARATION OF JOHN SULLIVAN** |
| v. ) | |
| NICOLE L. MAYS, ) | |
| Defendant. ) | |

I, John Sullivan, declare the following:

1. On March 18, 2007, I was the registered owner of a grey 1986 Toyota Tercel, California plate 5WQK054, which was being operated by defendant Nicole Mays, with my permission. I purchased this vehicle on November 27, 2006 and sold it on April 27, 2007.

2. I last had visual contact with my 1986 Toyota Tercel, California plate 5WQK054 on February 25, 2007, whereupon I went into custody on a probation violation. At that time, I am certain that the vehicle possessed both its front and rear license plates.

3. In late 2006, the rear license plate of my 1986 Toyota Tercel was stolen. I requested new plates from the Department of Motor Vehicles and upon receipt, immediately placed them

Declaration of John Sullivan
CR 07-0295 MAG                              1

on my vehicle. As a result of this incident, my attention was routinely drawn to the presence of the vehicle's plates.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

Executed this 9 day of ~~July~~ AUGUST 2007 at Santa Rosa, California.

_____
JOHN SULLIVAN

Declaration of John Sullivan
CR 07-0295 MAG                                    2

# EXHIBIT D

```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  ELIZABETH M. FALK
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    (415) 436-7700
 5
    Counsel for Defendant MAYS
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,           )   No. CR 07-0295 MAG
                                        )
12             Plaintiff,               )   DECLARATION OF PASTOR
                                        )   "CARMELA" CARMEN PEREZ
13        v.                            )
                                        )
14  NICOLE L. MAYS,                     )
                                        )
15             Defendant.               )
                                        )
16
    I, Pastor Carmela Perez, declare the following:
17
    1.    I am the mother of Robert Perez, the fiancé to defendant Nicole Mays.
18
    2.    On October 14, 2006, I received a ticket from the California Highway Patrol in Santa
19
          Rosa for a missing registration sticker on my rear license plate. This experience made me
20
          mindful of others' license plates and registration stickers.
21
    3.    On approximately April 18, 2007, my wallet was stolen from my home in Pacifica,
22
          California. On Monday, April 23, 2007, defendant Nicole Mays drove me to the
23
          California Department of Motor Vehicles ("DMV") in her silver-colored sedan so that I
24
          could obtain a replacement driver's license. When Nicole Mays picked me up at my
25
    ///
26
```

Declaration of Pastor Carmela Perez
CR 07-0295 MAG                              1

home, I noticed that her vehicle had both its front and rear license plates.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

Executed this 2 day of August 2007 at Pacifica, California.

_Pastor Carmela Carmen Pins_
PASTOR "CARMELA" CARMEN PEREZ

Declaration of Pastor Carmela Perez
CR 07-0295 MAG                                                2