1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
6     450 Golden Gate Avenue
      San Francisco, California 94102
7     Telephone: (415) 436-6809
      Facsimile: (415) 436-7234
8     E-Mail: wendy.thomas@usdoj.gov

9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION


UNITED STATES OF AMERICA,           )    No. CR 07-0295 MAG
                                    )
       Plaintiff,                   )    **NOTICE OF CHANGE OF**
                                    )    **COUNSEL**
   v.                               )
                                    )
NICOLE MAYS,                        )
                                    )
       Defendant.                   )
_____)

     The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court that the assigned Assistant United States Attorney ("AUSA") for this case is Wendy Thomas. Future ECF notices should be sent to AUSA Thomas only at the

///
///
///
///
///

Case # CR 07-0295 MAG
NOTICE OF CHANGE OF COUNSEL

1  ///

2  email address of wendy.thomas@usdoj.gov.  AUSA Derek Owens should be removed

3  from the list of persons to be noticed.

5  DATED: August 15, 2007          Respectfully submitted,

6                                  SCOTT N. SCHOOLS
                                   United States Attorney

8                                           /S/
                                   _____
9                                  WENDY THOMAS
                                   Assistant United States Attorney

Case # CR 07-0295 MAG
NOTICE OF CHANGE OF COUNSEL