UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NICOLE MAYS,<br><br>    Defendant.<br>_____/ | No. CR 07-00295 EDL<br><br>ORDER SETTING EVIDENTIARY <u>HEARING</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that an evidentiary hearing is scheduled for **October 9, 2007 at 2:00 p.m.**, in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

All parties are ORDERED to file and serve not less than ten (10) Court days prior to the hearing:

1. A list of witnesses to be called with a one-sentence statement as to what each will testify.
2. A list of documents to be offered into evidence and a premarked copy of each document.
3. An estimate of time required for the evidentiary hearing.

Dated: September 18, 2007

                                                    _____
                                                  ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge

Evid.Hrg