UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL PRETRIAL MINUTES**

**ELIZABETH D. LAPORTE**　　　　　　　　　　　**Date:** November 20, 2007
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**　　CR 07-00295 MAG

**Title:**　　USA v. Nicole Mays (Present)

**Attorneys:**　　For the Government:　Jalyn Wang   (LC)
　　　　　　　　For the Defendant:　　Elizabeth Falk

**Deputy Clerk:**　　Lili M. Harrell　　　　**Court Reporter:** Juanita Gonzales

**PROCEEDINGS:**

1) Evidentiary Hearing - Held

**WITNESSES CALLED:**
　**Govt:**　Thomas James Hart
　**Defense:**　Jenny Benzon, Christopher McNatt, John Sullivan, Carmen Perez

**Plaintiff's Admitted Exhibits:** #1
**Defendant's Admitted Exhibits:** A, B, C, D, E,

Notes:

cc: