IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICOLE MAYS,

    Defendant.
_____/

No. CR 07-00295 MAG

**ORDER TO PRO TEM REPORTER TO PRODUCE TRANSCRIPT**

On <u>November 20, 2007</u> a hearing was held in the above-entitled action. Production of a transcript of that hearing for the court is necessary for the resolution of this matter.

Accordingly, a pro tem court reporter Juanita Gonzales is directed to prepare the transcript of this proceeding on the following basis:

( ) Ordinary (within 30 days @ $3.65 per page).

( ) 14-Day (within 14 days @ $4.25 per page).

(X) Expedited (within 7 days @ $4.85 per page).

( ) Daily (overnight @ $6.05 per page).

Therefore, the Clerk is directed to pay said reporter the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: November 20, 2007

                                                                    *Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

cc: Court Reporter Supervisor and Pro Tem Reporter

**United States District Court**
For the Northern District of California