**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>NICOLE MAYS,<br>        Defendant._____/ | No. CR 07-00295 MAG<br><br>PRETRIAL ORDER FOR<br><u>CRIMINAL TRIAL</u> |

This matter set for trial before Magistrate Judge ELIZABETH D. LAPORTE, and good cause appearing, it is hereby ordered that:

1. <u>TRIAL DATE</u>

    a. **Jury** trial will begin on March 12, 2008 at 8:30 a.m., in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

    b. The length of trial will not be more than 2 days.

2. <u>DISCOVERY</u>

    Both sides will comply with the Federal Rules of Criminal Procedure, and the United States will comply with <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and <u>United States v. Agurs</u>, 427 U.S. 97 (1976).

Crim.Jt

3.     PRETRIAL CONFERENCE

    a.     A pretrial conference will be held on February 27, 2008 at 3:00 p.m. in Courtroom E, 15th Floor. The attorneys who will try the case shall attend the conference and be prepared to discuss the matters set forth in Criminal Local Rule 17.1-1.

    b.     Any motions in limine or other pretrial motion shall be noticed for hearing at the pretrial conference. Motions in limine shall be filed not less than **fourteen (14) days** prior to the conference, unless otherwise specified Responses shall be filed not less than **seven (7) days** prior to the conference. Replies shall be filed not less than **four (4) days** before the conference. See Crim. L. R. 47-2.

    c.     If the case is to be tried to a jury, Counsel shall submit an agreed upon set of l voir dire questions to be posed by the Court not less than **fourteen (14) days** prior to the pretrial conference. Any voir dire questions on which counsel cannot agree may be submitted separately at the same time. Any objections to the disputed questions shall be submitted not less than **seven (7) days** prior to the pretrial conference. Counsel will be allowed brief follow-up voir dire after the Court's questioning.

    d.     Jury instructions 1.01 through 1.11, 2.01 through 2.02, 3.01 through 3.08, and 7.01 through 7.05 from the Manual of Model Criminal Jury Instructions for the Ninth Circuit (1997 edition) will be given absent objection. Counsel shall submit an agreed upon set of case specific instructions, using the Ninth Circuit Manual, Devitt and Blackmar, or CALJIC, where appropriate. Any instructions on which counsel cannot agree may be submitted separately. Each requested instruction shall be typed in full on a separate page with citations to the authority upon which it is based and a reference to the party submitting it. A second blind copy of each instruction and verdict form shall also be submitted omitting the citation to authority and the reference to the submitting party. Requested instructions must be submitted not less than **fourteen (14) days** prior to the pretrial conference. Objections must be submitted not less than **seven (7) days** prior to the pretrial conference.

    e.     Counsel shall submit a joint pretrial conference statement that shall address all matters listed in Criminal Local Rule 17.1-1 not less than **fourteen (14) days** prior to the pretrial conference.

5. At the time of filing the original with the Clerk's Office, a conformed copy of all documents shall be delivered directly to Chambers. In addition, counsel shall submit directly to Chambers a floppy disk or disks containing the proposed voir dire questions and proposed jury instructions, whether joint or separate, that is compatible with WordPerfect 6 or WordPerfect 8 for Windows 98.

Dated: February 6, 2008

                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge