BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-295 MAG |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] |
| vs. | ) ) | ORDER CONTINUING TRIALDATE |
| NICOLE MAYS, | ) ) | Date: March 12, 2007 |
| Defendant. | ) ) ) | Time: 8:30 a.m.<br>Court: The Honorable Elizabeth<br>D. Laporte |
| | ) ) | |

**STIPULATION AND PROPOSED ORDER**

The parties hereby agree and request this Court to continue the trial in the above captioned

matter from March 12, 2008 at 8:30 a.m. to April 14, 2008, April 16, 2008, or at any time during the

weeks of April 14th or April 21st convenient to the Court. The continuance is requested by the defense

for two reasons.

First, on Friday, February 8, 2008, Ms. Mays found out that her husband Robert Perez is

scheduled for invasive back surgery on February 28, 2008, due to a recently discovered breach in an

old spinal cord fusion that needs to be fixed forthwith. Mr. Perez is undergoing the surgery to repair a

spinal column fuse and fix two slipped disks, according to Dr. McCormack, his primary care doctor.

*See* Falk Declararation, filed herewith, at Exhibit A, at ¶3. The surgery is very serious, and will

require Mr. Perez to be completely bedridden for, at minimum, "several weeks," according to

Mariana, the nurse at Dr. McCormack's office. *Id*. at ¶4. Ms. Mays will work a reduce schedule

during those weeks, and act as her husband's caretaker while he is bedridden. *Id*. at ¶5.  If trial moves forward on schedule, Ms. Mays will need to be preparing for trial on a daily basis at that time of Mr. Perez' surgery and immediate aftercare. *Id*. at ¶6.  Defense counsel believes that Ms. Mays will not be able to focus her attention on the trial, due to her caretaking responsibilities in the early morning, afternoon and evening. *Id*. at ¶7.  Ms. Mays accordingly requests a continuance of the trial until Mr. Perez is able to move around, which we estimate as four weeks after surgery. *Id*. at ¶8. Following that time, Ms. Mays asks for an additional week to prepare for trial. *Id*. at ¶9.

Second, the defense needs additional time to arrange for a fingerprint expert to print the items located in Ms. Mays' car.  Currently, counsel for the government is arranging for the physical evidence in the case to be produced, and the parties will make arrangements for testing as soon as possible. *Id*. at ¶10.

For these reasons, defense counsel requests a continuance of the trial to either April 14 or April 16, 2007 at 8:00 a.m., or at a time during the weeks of April 14th or April 21st that is convenient to the Court.  Government counsel has no objection to the request.

Pursuant to 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv), the parties jointly request that this Court exclude the period of time between March 12, 2008 up to and including April 16, 2008 (or any day selected by this Court for trial) under the Speedy Trial Act.  Specifically, the parties request this Court to find that the ends of justice served by granting the continuance and guaranteeing the defendant effective preparation of counsel through the procurance of an expert witness outweighs the best interest of the defendant and the public in a speedy trial in this matter.

It is so stipulated.

DATED:                             _____/S/_____
                                       ELIZABETH M. FALK
                                       Assistant Federal Public Defender

1

2   DATED: _____   _____
                                      WENDY THOMAS
3                                     Assistant United States Attorney

4

5                              **[PROPOSED] ORDER**

6       For the aforementioned reasons, the trial in the above captioned case is continued to

7   ___April 24, 2008_____ at 8:30 a.m.  In addition, pursuant to 18 U.S.C. § 3161(h)(8)(A) and 18

8   U.S.C. § 3161(h)(8)(B)(iv), this Court hereby excludes the period of time between March 12, 2008

9   and ___April 24, 2008_____ under the Speedy Trial Act.  For the reasons stated in this stipulation,

10  this Court finds that the ends of justice served by granting the continuance and guaranteeing the

11  defendant effective preparation of counsel through the procurance of an expert witness outweighs the

12  best interest of the defendant and the public in a speedy trial in this matter.
     Pretrial Conference is scheduled for April 1, 2008 at 2:00pm. All provisions of this Court's
13    Pretrial Order for Criminal Trial remain in effect.

14  IT IS SO ORDERED.

15

16  DATED: ___February 12, 2008_____      _____

17                                              THE HONORABLE ELIZABETH D. LAPORTE
                                                UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26
    STIP & ORDER CONTINUING
    TRIAL DATE
    *United States v. Nicole Mays*
    CR 07-295 MAG                        - 3 -