1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   JODI LINKER
3  Assistant Federal Public Defenders
   19th Floor Federal Building
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:  (415) 436-7700

6  Counsel for Defendant MAYS

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )    No. CR 07-295 EDL
                                     )
11              Plaintiff,           )    NOTICE OF ADDITION OF COUNSEL
                                     )
12  v.                               )
                                     )
13  NICOLE MAYS,                     )
                                     )
14              Defendant.           )
    _____)

15

16        Defendant files this Notice of Addition of Counsel to advise the Court that Assistant

17  Federal Public Defender Jodi Linker is also working on this case.  Accordingly, please add Ms.

18  Linker to this case and send future ECF notices to her at Jodi_Linker@fd.org.

19  Dated: March 18, 2008

20                            Respectfully submitted,

21                            BARRY J. PORTMAN
                              Federal Public Defender
22
                                     /s/
23
                              JODI LINKER
24                            Assistant Federal Public Defender

25

26

NOTICE OF ADDITION OF COUNSEL
CASE NO. 07-295 EDL