JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234

NOAH ABRAMS
Law Clerk

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> NICOLE LEA MAYS, ) <br> ) <br>     Defendant. ) <br> ) <br> _____ ) | No. CR 07-0295 MAG <br><br> <u>UNITED STATES' PROPOSED</u> <br> <u>ADDITIONAL JURY INSTRUCTIONS</u> |

    In addition to the agreed upon jury instructions, the United States of America respectfully requests the Court provide Jury Instruction 3.18 from the Manual of Model Criminal Jury Instructions for the District Courts of the Ninth Circuit (2000 edition). Jury Instruction 3.18

//

//

//

United States' Additional Jury Instructions
CR 07-0295 MAG                              1

1  gives the definition of possession.  The United States believes that this instruction is necessary as
2  possession in an element of the charged crimes.
3  DATED:
4                                    Respectfully submitted,
5
6                                    JOSEPH P. RUSSONIELLO
                                     United States Attorney
7
8                                    _____/s/_____
                                     WENDY THOMAS
9                                    Special Assistant United States Attorney

United States' Additional Jury Instructions
CR 07-0295 MAG                              2

**3.18 POSSESSION - DEFINED**

(Ninth Circuit Model Instruction - Approved 2000)

A person has possession of something if the person knows of its presence and has physical control of it, or knows of its presence and has the power and intention to control it.

[More than one person can be in possession of something if each knows of its presence and has the power and intention to control it.]

United States' Additional Jury Instructions
CR 07-0295 MAG                                   3