1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6809
7      Facsimile: (415) 436-7234

8  NOAH ABRAMS
   Law Clerk
9
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICOLE LEA MAYS,<br><br>　　　　Defendant. | No. CR 07-0295 MAG<br><br>GOVERNMENT'S MOTION IN LIMINE PURSUANT TO FED. R. EVID. 201 and FED. R. CRIM. P. 26.1 TO TAKE JUDICIAL NOTICE OF ADJUDICATIVE FACTS RE: HEROIN AND MARIJUANA ARE CONTROLLED SUBSTANCES<br><br>PRE-TRIAL: April 1, 2008<br>TIME:　2:00 p.m<br>COURT: The Honorable Elizabeth D. Laporte |

## **I. INTRODUCTION**

The United States moves *in limine* pursuant to Rule of the Federal Rules of Evidence and Rule 26.1 of the Federal Rules of Criminal Procedure to take judicial notice of certain adjudicative facts regarding the status of heroin and marihuana as controlled substances. In particular, the government asks the Court to take judicial notice of the following:

(1) Under United States federal law, HEROIN is a schedule I controlled substance pursuant to: 21 U.S.C. § 812(c)(b)(10); and

1    (2) Under United States federal law, MARIHUANA is a schedule I controlled substance pursuant to: 21 U.S.C. § 812(c)(c)(10).

(3) Under United States federal law, there is no legal prescription for HEROIN pursuant to 21 U.S.C. § 812(b)(1)(C) and 21 U.S.C. § 812(c)(b)(10).

(4) Under United States federal law, there is no legal prescription for MARIHUANA pursuant to 21 U.S.C. § 812(b)(1)(C) and 21 U.S.C. § 812(c)(c)(10).

## II. ARGUMENT

Rule 201 of the Federal Rules of Evidence provides:

> (a) **Scope of rule**. This rule governs only judicial notice of adjudicative facts.
>
> (b) **Kinds of facts**. A judicially noticed fact must be one not subject to reasonable dispute in that it is . . . (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.
>
> * * *
>
> (d) **When mandatory**. A court shall take judicial notice if requested by a party and supplied with the necessary information.
>
> * * *
>
> (g) **Instructing jury.** . . . In a criminal case, the court shall instruct the jury that it may, but is not required to, accept as conclusive any fact judicially noticed.

A.  The Court Should Take Judicial Notice of United States Law

The Court may take judicial notice of the fact that, under United States federal law, heroin is listed as a schedule I controlled substance. 21 U.S.C. § 812(c)(b)(10).

The Court may take judicial notice of the fact that, under United States federal law, marihuana is listed as a schedule I controlled substance. 21 U.S.C. § 812(c)(c)(10).

The Court may take judicial notice of the fact that, under United States federal law, there is no legal prescription for heroin. 21 U.S.C. § 812(b)(1)(C) and 21 U.S.C. § 812(c)(b)(10).

The Court may take judicial notice of the fact that, under United States federal law, there is no legal prescription for marihuana. 21 U.S.C. § 812(b)(1)(C) and 21 U.S.C. § 812(c)(c)(10).

Motion in Limine to Take Judicial Notice
CR 07-0295 MAG                    2

Because this is black-letter law, the Court should instruct the jury that it is required to accept the foregoing as conclusive fact. (This type of judicial notice is therefore more equivalent to "legislative facts" than "adjudicative facts," and could therefore be given along with the other jury instructions.) In the alternative to giving judicial notice of these facts, the Court could also instruct the jury of the above-reference facts.

## **CONCLUSION**

The Court should take judicial notice of the foregoing facts, or, in the alternative, instruct the jury of the above-referenced facts.

DATED: March 18, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
WENDY M. THOMAS
Special Assistant United States Attorney

Motion in Limine to Take Judicial Notice
CR 07-0295 MAG                                3