JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234

NOAH ABRAMS
Law Clerk

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR 07-0295 MAG |
|    Plaintiff, | UNITED STATES' RESPONSE TO DEFENSE'S MOTION IN LIMINE TO EXCLUDE OTHER ACTS EVIDENCE UNDER RULES 404(b) AND 403 |
| v. | |
| NICOLE LEA MAYS, | Pretrial Conf: April 1, 2008 |
|    Defendant. | Time: 2:00 p.m. |
| | Court: Hon. Elizabeth D. Laporte |

At this time, the United States has no intention of introducing "other acts" evidence in its case in chief under Federal Rule of Evidence 404(b) at trial. This includes evidence of prior drug use or questioning on prior drug use. However, the government specifically reserves the right to use such evidence as impeachment if the defendant chooses to testify pursuant to FRE 607.

As stated in the United States' Trial Brief, the government intends to offer Sargent Hart's testimony that the defendant had two outstanding warrants at the time of her arrest. The admissibility of this evidence is addressed in the United States' Opposition to the Defense's

United States' Response to Defense's Motion in Limine to Exclude Other Acts Evidence
CR 07-0295 MAG              1

1. Motion in Limine to Exclude Warrants. In summary, the two outstanding warrants do not
2. constitute "other acts" under 404(b) and 403.
3. DATED: March 25, 2008

                                    Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

                                  _____/s/_____
                                  WENDY M. THOMAS
                                  Special Assistant United States Attorney