In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CRIMINAL PRETRIAL MINUTES

Date:   April 1, 2008

Case No:  **CR- 07-00295  EDL**

Case Name:  **USA v. NICOLE MAYS (**Deft not present)

| | | | |
|---|---|---|---|
| Attorneys: | AUSA: Wendy Thomas | Deft: | Elizabeth Falk, Jodi Linker |
| Deputy Clerk: | Lili M. Harrell | Court Reporter: | Sahar McVickar |

**PROCEEDINGS:**                                                                 **RULING:**

1. Pretrial Conference                                                              Held

2. - Govt's Motion in Limine to Exclude Reference to                 Granted
     Sentence of Punishment [42]
   - Govt's Motion in Limine to Preclude Reference to                Granted
     Legal Issues before the Jury [43]
   - Govt's Motion in Limine to Take Judicial Notice [44]            Denied as moot
   - Defendant's Motion in Limine to Exclude Evidence              Deferred
     of Warrants [39]
   - Defendant's Motion in Limine to Exclude Other Acts           Granted
     Evidence Under Rules 404(b) and 403
   - Defendant's Motion to Exclude Evidence of Prior                Granted
     Drug Use [45]
   - Defendant's Motion to Suppress Statements [46]               Denied

**ORDERED AFTER HEARING:**
   - Trial schedule will be 8:30am - 1:30pm commencing April 24, 2008 and April 25, 2008
   - No later than April 4, 2008, the parties shall submit their stipulations as stated at the
     hearing; joint brief regarding Fifth Amendment issue; proposed verdict form; trial
     exhibits.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court


Notes:

cc: