**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICOLE MAYS,<br><br>　　　　Defendant.<br>_____ / | No. CR 07-00295 EDL<br><br>ORDER |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments for the members of the jury in the above-entitled matter beginning April 24, 2008, at 8:00 a.m. for the duration of the trial, at the expense of the United States.

Dated: April 1, 2008

　　　　　　　　　　　　　　　　　　_Elizabeth D. Laporte_
　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Evid.Hrg