1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   JODI LINKER
3  Assistant Federal Public Defender
   19th Floor Federal Building
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone: (415) 436-7700

6  Counsel for Defendant MAYS

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,         )    No. CR-07-295 MAG
12                                    )
              Plaintiff,              )    JOINT PROPOSED VERDICT FORM
13                                    )
        v.                            )
14                                    )
   NICOLE MAYS,                       )
15                                    )
              Defendant.              )
16 _____)

17
        Pursuant to the Court's criminal pretrial order, the parties respectfully submit the
18
   proposed verdict form appended hereto as *Exhibit A*.
19
   Dated: April 4, 2008
20
                                           Respectfully submitted,
21
                                           BARRY J. PORTMAN
22                                         Federal Public Defender

23                                              /S/

24                                         ELIZABETH M. FALK
                                           Assistant Federal Public Defender
25

26

CR-07-0295 MAG; PROPOSED VERDICT
FORM                                           1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0295 MAG |
| Plaintiff, | ) ) | VERDICT |
| v. | ) ) | |
| NICOLE MAYS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

1. We, the jury in the above-captioned case, unanimously find the defendant, Nicole Mays, _____ *(Not Guilty or Guilty)* of knowingly possessing heroin, in violation of 21 U.S.C. § 844(a).

2. We, the jury in the above-captioned case, unanimously find the defendant, Nicole Mays, _____ *(Not Guilty or Guilty)* of knowingly possessing marihuana, in violation of 21 U.S.C. § 844(a).

Dated: _____, 2008          _____
                                    JURY FOREPERSON

3