JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234

NOAH ABRAMS
Law Clerk

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0295 MAG |
|     Plaintiff, | |
| v. | JOINT [PROPOSED] STIPULATION REGARDING DEA ANALYSIS AND CHAIN OF CUSTODY |
| NICOLE LEA MAYS, | |
|     Defendant. | |

The parties stipulate as follows:

(1) the drugs seized by United States Park Police in this case were tested in an approved manner;

(2) the Drug Enforcement Administration forensic chemist who tested the heroin and marijuana in this case, Kimberly Perusse, is trained to perform forensic chemical analysis of suspected controlled substances;

(3) the drugs analyzed by Kimberly Perusse were the same drugs recovered by the United

States Park Police from the vehicle in this case;

(4) the drugs were placed in the proper storage containers, insuring the integrity of the samples;

(5) the "chain of custody" was not violated; and

(6) that the drugs seized from the vehicle tested positively for heroin and marihuana.

DATED: 4/4/08                             Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
WENDY THOMAS
Special Assistant U.S. Attorney