BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
JODI LINKER
Assistant Federal Public Defenders
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-295 EDL |
| Plaintiff, | ) | JOINT STATUS REPORT |
| v. | ) | |
| NICOLE MAYS, | ) | |
| Defendant. | ) | |

At the Pretrial Conference on April 1, 2008, the Court ordered to parties to file the following documents by Friday, April 4, 2008 at noon: (1) a stipulation regarding the handling of the drugs in this case; (2) a stipulation, if possible, regarding admissibility of the fact that there were outstanding warrants; (3) simultaneous briefs or, preferably, one joint brief regarding Fifth Amendment issues with respect to Defendant's witnesses; and (4) a proposed verdict form. The Court further ordered Defendant's counsel to contact the CJA panel coordinator to explore legal representation for Ms. Benzon and Mr. McNatt and to submit their financial affidavits to the Court by April 4, 2008 at noon. The parties hereby file this joint status report to advise the Court on the status of the above.

JOINT STATUS REPORT;
Case No. CR 07-295 EDL                                1

The parties have now filed the stipulation regarding the handling of the drugs in this case and the proposed verdict form.  Defendant's counsel has contacted the CJA panel coordinator regarding legal representation for Ms. Benzon and Mr. McNatt and has submitted Ms. Benzon's financial affidavit.  Defendant's counsel has yet to receive Mr. McNatt's financial affidavit, but will submit it as soon as it is received.

The parties are working diligently to attempt (1) to reach a stipulation regarding the admissibility of the fact that there were outstanding warrants, and (2) to prepare a joint brief regarding any possible Fifth Amendment issues.  Because the parties believe that they will be able to resolve some, if not all, of the outstanding issues if they are provided more time, the parties submit that it would be an inefficient use of the Court's resources to submit briefs on these two issues at this time.  Accordingly, the parties jointly request that the Court provide the parties with one additional week, until Friday, April 11, 2008, to attempt to resolve these issues.

IT IS SO STIPULATED.

DATED: April 4, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
WENDY THOMAS
Special Assistant U.S. Attorney

DATED: April 4, 2008

_____/s/_____
JODI LINKER
Counsel for the Defendant