1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT
8             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10

| UNITED STATES OF AMERICA, | ) No. CR-07-0295 MAG |
|---|---|
| Plaintiff, | ) **ORDER FOR APPOINTMENT** |
| | ) **OF COUNSEL** |
| v. | ) |
| NICOLE MAYS, | ) |
| Defendant. | ) |

Ms. Jenny Benzon has been subpoenaed by the defendant for trial in the above-referenced matter. She seeks the appointment of counsel as a material witness, and represents to this Court that she cannot afford to hire an attorney on her own accord. After review of a financial affidavit submitted and signed by Ms. Benzon, this Court hereby finds that appointment of CJA counsel for Ms. Benzon is warranted for the purpose of providing legal advice to Ms. Benzon about her rights under the Fifth Amendment of the United States Constitution. As the Federal Public Defender's Office represents defendant Nicole Mays, the office is conflicted out of representing Ms. Benzon. Appointment of a member of the Criminal Justice Act panel is hereby ORDERED on behalf of Ms. Benzon. The Federal Public Defender's Office, Office of

\\
\\
\\

*United States v. Mays*, 07-295 MAG
Order Appointing Counsel

1 | the CJA Panel Coordinator is hereby ORDERED to obtain representation for Ms. Benzon.

3 | Dated: Apr 4, 2008

THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE