IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00295 EDL |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| NICOLE MAYS, | |
| Defendant. _____/ | |

On April 4, 2008, the parties jointly requested additional time to reach a stipulation regarding the admissibility of the fact that there were outstanding warrants for Defendant and to prepare a joint brief regarding any possible Fifth Amendment issues. Good cause appearing, the request for extension of time to complete these items to April 11, 2008 is granted.

**IT IS SO ORDERED.**

Dated: April 4, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge