BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
JODI LINKER
Assistant Federal Public Defenders
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-295 EDL |
| ) Plaintiff, ) | JOINT STATUS REPORT ON DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF WARRANTS |
| v. ) | |
| NICOLE MAYS, ) ) Defendant. ) _____ ) | |

The parties hereby file this joint status report to advise the Court on their attempts to reach a stipulation regarding defendant Nicole Mays' Motion in Limine to Exclude Evidence of Warrants. Despite diligent efforts, the parties were unable to reach a stipulation regarding the admissibility of the warrants.

////

////

///

///

///

1    Accordingly, the parties jointly submit the Motion to the Court on the memoranda
2 previously filed, as well as the arguments presented at the pretrial conference.

3 DATED: April 10, 2008             JOSEPH P. RUSSONIELLO
                                    United States Attorney
4

5
                                    _____/s/_____
6                                   WENDY THOMAS
                                    Special Assistant U.S. Attorney
7

8
  DATED: April 10, 2008             _____/s/_____
9                                   JODI LINKER
                                    Counsel for the Defendant
10

JOINT STATUS REPORT RE: WARRANTS;
Case No. CR 07-295 EDL                 2