UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,             No. CR 07-00295 EDL

  v.                CLERK'S NOTICE

NICOLE MAYS,

   Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the judgment and sentencing scheduled for August 5, 2008 has been **continued to August 6, 2008 at 11:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: July 7, 2008

                   FOR THE COURT,
                   Richard W. Wieking, Clerk

              by: _____
                  Lili M. Harrell
                  Courtroom Deputy