CR 07-295

08/14/2008 03:24 PM EST

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Francisco

Case No. DCAN307CR000295    US VS MAYS

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | NICOLE MAYS | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611022110 | 1 | PR | 25.00 | 08/06/2008 |

Division Payment Total    25.00

Grand Total    25.00

$25.00  SPECIAL ASSESSMENT
PAID IN FULL
cm 8 6 08

Page 1 of 1